IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NICK WILLIAM SCHALLER,

                                            ORDER

               Plaintiff,

                                         08-cv-403-bbc

    v.

DR. HEINZL,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff is proceeding in this civil action pro se and <u>in forma pauperis</u>. As the case has progressed, it has become clear that plaintiff requires appointed counsel.

Willem Noorlander, Geoffrey Talmon and Rebecca Frihart, members of the Wisconsin Bar, have agreed to represent plaintiff, with the understanding that they will serve with no guarantee of compensation for their services. It is this court's intention that the appointment of Messrs. Noorlander and Talmon and Ms. Frihart to represent plaintiff extend to proceedings in this court only.[1]

---

[1] "Proceedings in this court" include all matters leading up to a final judgment on the merits, the filing of a Notice of Appeal, if appropriate, and ensuring that all steps are taken to transfer the record to the Court of Appeals for the Seventh Circuit.

1

Plaintiff should be aware that because I am appointing counsel to represent him, he may not communicate directly with the court about matters pertaining to his case. He must work directly with his lawyers and permit them to exercise their professional judgment to determine which matters are appropriate to bring to the court's attention and in what form.

ORDER

IT IS ORDERED that Willem Noorlander, Geoffrey Talmon and Rebecca Frihart are appointed to represent plaintiff in this case.

Further, IT IS ORDERED that all proceedings in this case are STAYED pending a status conference to be held before United States Magistrate Judge Stephen Crocker, at which time a new schedule will be set for moving this case to resolution.

Entered this 18th day of February, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge