IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NICK WILLIAM SCHALLER,

    Plaintiff,

v.

GLEN HEINZL and DR. REYNOLDS,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-403-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____
Peter Oppeneer, Clerk of Court

12/21/09
Date