IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NICK WILLIAM SCHALLER,

        Plaintiff,                                  ORDER

    v.                                          08-cv-403-bbc

GLEN HEINZL,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order dated January 26, 2010, I told plaintiff that before I could consider his request for leave to proceed on appeal <u>in forma pauperis</u> he would have to submit a six-month trust fund account statement so that I could determine whether he is indigent and, if he is, assess an initial partial filing fee for his appeal. Plaintiff has submitted the requested statement. From the statement, I conclude that plaintiff qualifies for indigent status, and that he must pay an initial partial payment to the clerk of this court in the amount of $2.01.

ORDER

      IT IS ORDERED that plaintiff Nick William Schaller may have until March 3, 2010,

1

in which to submit a check or money order made payable to the Clerk of Court in the amount of $2.01 as an initial partial payment of the fee for filing his appeal. The remainder of the $455 fee must be paid in monthly installments according to 28 U.S.C. § 1915(b)(2).

If, by March 3, 2010, plaintiff fails to pay the initial partial payment, I will notify the court of appeals so that it may take whatever action it deems appropriate with respect to this appeal.

Entered this 9th day of February, 2010.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge